

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES BATES,<br><br>    Defendant. | ) NO. 2:95-CR-00165-CBM<br>)<br>)<br>)<br>) **ORDER OF DETENTION AFTER**<br>) **HEARING**<br>)<br>) **[Fed.R.Crim.P. 32.1(a)(6);**<br>) **18 U.S.C. 3143(a)]**<br>) |

18      The defendant having been arrested in this district pursuant to a warrant issued by the

19   United States District Court for the Central District of California for alleged violation of the

20   terms and conditions of his supervised release; and

21      The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

22   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23      The Court finds that:

24   A. (X) The defendant has not met his burden of establishing by clear and convincing

25   evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This

26   finding is based on his failure to proffer any evidence to meet his burden on this issue;

27      and

28

1

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his failure to proffer any evidence to meet his burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: April 4, 2016

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2